# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| BLAKE COMISKEY, | No. C16-0058-LRR |
| Plaintiff, | |
| vs. | **ORDER** |
| STATE OF IOWA, FACEBOOK, | |
| Defendants. | |

The matter before the court is the plaintiff's "complaint." The clerk's office filed such complaint on April 26, 2016. The plaintiff did not submit the required filing fee or an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $400.00 filing fee for civil actions, except that on application for a writ of habeas corpus the filing fee is $5.00); 28 U.S.C. § 1915 (explaining in forma pauperis proceedings). Further, the plaintiff's "complaint" is not sufficient to commence an action. *See* Fed. R. Civ. P. 8 (addressing general rules of pleading). Consequently, the court is unsure what type of action, if any, that the plaintiff is trying to commence. In addition, it appears that venue in this district is not proper. *See* 28 U.S.C. § 1391(b). In light of the foregoing, this action is dismissed without prejudice.

**IT IS SO ORDERED**

**DATED** this 4th day of May, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA